United States District Court
Southern District of Texas
**ENTERED**
February 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LINDA LEATHERMAN, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-cv-04263 |
| § | |
| KILOLO KIJAKAZI, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 16, 2021, all dispositive pretrial matters and all non-dispositive pretrial matters were referred to United States Magistrate Judge Andrew M. Edison. *See* Dkt. 22. Judge Edison filed a Memorandum and Recommendation on January 28, 2022, recommending that that Leatherman's motion for summary judgment (Dkt 24) be **GRANTED** and the Commissioner's motion for summary judgment (Dkt. 25) be **DENIED**. *See* Dkt. 28.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 28) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Leatherman's motion for summary judgment (Dkt 24) is **GRANTED** and the Commissioner's motion for summary judgment (Dkt. 25) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 18th day of February 2022.

*George C. Hanks Jr*

George C. Hanks, Jr
United States District Judge